# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IGNACIO NAVARRETE-CASTRO,<br><br>Defendant | Case No.:  19CR2717-CAB<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE**<br><br>The Honorable Cathy Ann Bencivengo |
|---|---|

Upon motion by the United States and for good cause shown,

IT IS HEREBY ORDERED that the government's motion to dismiss is granted. It is the judgment of this Court the Indictment is dismissed without prejudice.

IT IS FURTHER ORDERED the bond is exonerated as to the defendant.

IT IS SO ORDERED.

Dated:  August 12, 2021  _____
HONORABLE CATHY ANN BENCIVENGO
United States District Court Judge